IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRIGHTVIEW GROUP, LP,** | * |
| Plaintiff, | * |
| v. | *   Civil Case No. SAG-19-2774 |
| **ANDREW M. TEETERS,** *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PERMANENT INJUNCTION ORDER

Pursuant to Federal Rule of Civil Procedure 65, and upon consideration of the Plaintiff's Motion for Summary Judgment, ECF 165, and the briefing and evidence submitted in support of and in opposition to Plaintiff's Motion, it is, this 29th day of March, 2021, hereby:

(1) **FOUND** that, for the reasons stated in the accompanying Memorandum Opinion –

   a. Plaintiff has suffered an irreparable injury and the remedies available at law are inadequate to compensate for that injury;

   b. The balance of hardships between Plaintiff and Defendants favors granting Plaintiff a permanent injunction; and

   c. The public interest will not be disserved by a permanent injunction.

(2) **ORDERED** that Defendants Andrew Teeters, Ross Dingman, and Monarch Communities, LLC, and all persons and entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, including, without limitation, their officers, agents, servants, employees, and attorneys, are hereby **ENJOINED** from

accessing, using, disclosing, or disseminating any of the Plaintiff's documents set forth in Appendix A to this Order;[1] and

(3) **ORDERED** that the Court's February 21, 2020, Order and Preliminary Injunction, ECF 91, is no longer in effect; and

(4) **ORDERED** that this Order shall remain in effect indefinitely until further order of the Court.

Dated:  March 29, 2021

/s/
Stephanie A. Gallagher
United States District Judge

---

[1] Counsel for Defendants are permitted, however, to access, use, disclose, and disseminate the relevant Brightview documents as needed to represent their clients in the instant litigation.  To the extent that counsel representing other individuals not a party to this litigation must access, use, disclose, and disseminate the relevant Brightview documents for purposes related to this litigation, they may file an appropriate motion with the Court seeking such leave.

## **APPENDIX A**

| No. | Document |
|-----|----------|
| 1 | "Senior Housing Development Underwriting - 170 Apt IL_AL_AZ Ellicott City Maryland.xls" |
| 2 | "Senior Housing Development Underwriting - 170 Apt IL_AL_AZ Pasadena Maryland.xls" |
| 3 | "Senior Housing Development Underwriting - Option A 77 unit AL_AZ New Rochelle New York.xls" |
| 4 | "Copy of Senior Housing Development Underwriting - Option A 77 unit AL_AZ New Rochelle New York_Ross.xls" |
| 5 | "Senior Housing Development Underwriting - 131 Apt IL_AL_AZ Portsmouth NH.xls" |
| 6 | "Portsmouth Homewood Suites Senior Housing Underwriting - 131 IL_AL_AZ.pdf" |
| 7 | "Senior Housing Development Underwriting - 131 Apt IL_AL_AZ Portsmouth NH 6-2-19.xls" |
| 8 | "The Monarch Bridgewater Underwriting - 175 IL_AL_AZ.xlsx" |
| 9 | "Pasadena MD 170-unit PF.pdf" |
| 10 | "Community Openings.xlsx" |
| 11 | "Historic Deal Summaries.pdf" |
| 12 | "Severna Park Deposits Heat Map.jpg" |
| 13 | "Severna Park Deposits Map.jpg" |
| 14 | "Severna Park and Annapolis Deposits Heat Map.jpg" |
| 15 | Pricing sheets |
| 16 | "BVSL Operational Guidelines.docx" |

| No. | Document |
|-----|----------|
| 17  | "Lease-up deposit_7.22.19.xlsx" |
| 18  | "Lease-up move-in_7.22.19.xlsx" |
| 19  | "rs_Shelter_Senior_leaseup_pace_dep_SSRS.docx" |
| 20  | "Joy Farm Lease Up Saturation - Expanded PMA Demos - 12.13.18.xlsx" |
| 21  | "2019 Budget - Cross Property Operating Report.xlsx" |
| 22  | "Copy of Cross Property Hours 07.13.19.xlsm" |
| 23  | Copy of Cross_Prop_Rpt_with KPI_June_19.xlsx" |
| 24  | "Brightview Group GP, LLC - Limited Liability Company Operating Agreement.pdf" |
| 25  | "DOCS-#606744-v7-The_Brightview_Senior_Living_Group_LP_Limited_Partnersh....doc" |
| 26  | Twelve-month accrual accounting statements |
| 27  | "VA - Alexandria (Eisenhower Rd) Demographics Analysis - 3.11.19.xlsx" |
| 28  | "Woodbridge Country Club Demographics 11.16.18.xlsx" |
| 29  | "Portsmouth Demographics Analysis - 5.31.19.xlsx" |
| 30  | "MD - Glen Burnie (376 Marley Road) Demographics Analysis – 6.15.19.xlsx" |
| 31  | "205 Changebridge Road, Montville, NJ – Demographics.xlsm" |
| 32  | "1420 Frontier Rd, Bridgewater, NJ 08807 - Demographics with Zip Codes 11-22-2017.xlsm" |
| 33  | "Joy Farm Demographics 12.11.18.xlsx" |
| 34  | "Scotch Plains Demographics Analysis - 2.4.19.xlsx" |

| No. | Document |
|---|---|
| 35 | "Demographics and NIC Data - DC to Boston.pdf" |
| 36 | "205 Changebridge Road, Montville, NJ – Drive Time Map.JPG" |
| 37 | "205 Changebridge Road, Montville, NJ - Comp Map with Labels.jpg" |
| 38 | "NICMAP_Property_Inventory_3Q2017.xlsx" |
| 39 | "Competitiors Map.PNG" |
| 40 | "Bridgewater PMA.jpg" |
| 41 | "Product Development Outline.docx" |
| 42 | "rs_Shelter_Senior_leaseup_pace_movein_SSRS.docx" |
| 43 | "Income Bands Analysis – 3.13.19.xlsx" |
| 44 | "Blauvelt Income Bands Analysis – 6.10.19.xlsx" |
| 45 | "Glen Burnie (Pasadena) Income Bands Analysis – 6.10.19.xlsx |
| 46 | "Joy Farm Income Bands 8.16.18.xlsx" |
| 47 | "Brightview Alexandria - Building Program and Conceptual Plans 2-26-19.pdf" |
| 48 | "214027 BV Crofton Riverwalk - SD 01-22-2016.pdf" |
| 49 | "EXHIBIT-APARTMENT-ASSISTED-LIVING-4-10-2019.pdf" |